# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY ILSUNG, | CASE No.   1:10-cv-02070-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO DISMISS |
| v. | (ECF Nos. 23, 32) |
| ROBERT MOBERT, | CASE TO REMAIN OPEN |
| Defendant. | |

Plaintiff Victory Ilsung, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on November 8, 2010 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

///////

-1-

On February 1, 2013, Findings and Recommendation (ECF No. 32) were filed in which the Magistrate Judge recommended that Defendant's Motion to Dismiss (ECF No. 23) be denied.

The parties were notified that objection, if any, was due within fourteen days after service. No party filed an objection to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed February 1, 2013, (ECF No. 32) in full; and

2. Defendant's Motion to Dismiss (ECF No. 23) is DENIED.

IT IS SO ORDERED.

Dated:  March 21, 2013

SENIOR DISTRICT JUDGE