1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY ILSUNG,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT MOBERT,<br><br>　　　　　　　Defendant. | Case No. 1:10-cv-02070-AWI-MJS (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>**(ECF No. 43)** |

Plaintiff Victory Ilsung (F-01959), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter proceeds on retaliation and medical indifference claims against Defendant Mobert. The case is in the discovery phase. The deadline to complete discovery is February 21, 2014.

Before the Court is Defendant's January 30, 2014 Request to Take Plaintiff's Deposition by Videoconference pursuant to Federal Rule of Civil Procedure 30(b)(4). (ECF No. 43.)

Good cause having been shown, Defendant's Request (ECF No. 43) is HEREBY GRANTED, provided that nothing in this Order shall be interpreted as requiring the

1

1   institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not

2   already available.

3

4   IT IS SO ORDERED.

5       Dated:   January 31, 2014              /s/ *Michael J. Seng*

6                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28