# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY ILSUNG,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT MOBERT,<br><br>   Defendant. | Case No. 1:10-cv-02070-AWI-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DOCUMENT FROM DOCKET**<br>(ECF No. 60)<br><br>**CLERK DIRECTED TO PROVIDE PLAINTIFF WITH COPY OF ECF NO. 54 PAGES 27-32 INCLUSIVE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter proceeds on retaliation and medical indifference claims against Defendant Mobert.

Before the Court is Plaintiff's request for a copy of a portion of his previously filed declaration in opposition to Defendant's motion for summary judgment.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff's motion (ECF No. 60) is GRANTED such that the Clerk of the Court is directed to provide Plaintiff

1

1 | with a copy of ECF No. 54 pages 27-32 inclusive.

2

3 | IT IS SO ORDERED.

4 | Dated:   August 19, 2014                     /s/ *Michael J. Seng*

5 |                                                 UNITED STATES MAGISTRATE JUDGE