UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY ILSUNG ,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT MOBERT,<br><br>          Defendant. | CASE NO. 1:10-cv-02070-AWI-MJS (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE IN LIGHT OF STIPULATION FOR DISMISSAL**<br><br>**(ECF No. 79)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983. On June 5, 2015, pursuant to Rule 41(a)(1), the parties filed a stipulation for dismissal of the action with prejudice, each party to bear their own attorney's fees and costs. Pursuant to Rule 41(a)(1), this case has automatically terminated. See Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, the Clerk is directed to CLOSE this case pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:   July 9, 2015                              _____
                                                                      SENIOR DISTRICT JUDGE