UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORY ILSUNG, | No.  1:10-CV-2070 AWI MJS |
| Plaintiff, | |
| v. | ORDER |
| ROBERT MOBERT, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se.  On June 5, 2015, the undersigned held a settlement conference, during which the parties reached a settlement.  The court read the terms of the settlement for the record to which the parties agreed.  On July 9, 2015, the case was dismissed with prejudice in light of the parties' June 5, 2015 stipulation for voluntary dismissal (ECF No. 79).

On July 8, 2015, plaintiff wrote a letter to the undersigned, complaining that in addition to an amount due for restitution from 1995, he has since become aware of a judgment for overdue child support that he believes will be paid from the settlement amount.  Plaintiff contends that had he known about the judgment for child support, which he believes was entered in error, he would not have entered into the settlement herein.

The undersigned has reviewed the terms of the settlement placed on the court record.  At the time the parties agreed to the settlement terms in open court, the undersigned confirmed that

the actual amount of the restitution would have no impact on the enforceability of the settlement as agreed.  In other words, the parties were cautioned that an increase or decrease in the amount owed for restitution would have no impact on the settlement of this case.  Similarly, plaintiff's obligation to pay a child support judgment is not relevant to the settlement reached on June 5, 2015.  Plaintiff may wish to contact an attorney or someone else to challenge entry of the judgment for child support if he believes it was entered in error.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 8, 2015 letter is filed in the above case and disregarded.

Dated:  July 21, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ilsu2070.setenf