1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VICTOR ILSUNG,                              No.  1:10-cv-2070 AWI MJS P

12                    Plaintiff,

13           v.                                   ORDER

14    ROBERT MOBERT,

15                    Defendant.

16

17           Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  On December 3, 2015, plaintiff filed a request for settlement payment.  On

19    December 21, 2015, plaintiff inquired as to the terms of the settlement of this action, complaining

20    that prison officials applied 100% of the settlement payment toward his restitution order.  Plaintiff

21    provided a copy of his inmate trust account statement which reflects a credit for the payment of

22    the settlement.

23           On June 5, 2015, the undersigned conducted a settlement conference in this action.  The

24    parties settled this action, and the terms of the settlement were placed on the record.  The court

25    reviewed the recording of the settlement terms, and confirmed that the undersigned informed the

26    parties that any settlement must first be applied to plaintiff's restitution.  At the time of the

27    hearing, the parties believed that plaintiff owed about $300.00 in restitution; however, the court

28    informed the parties that the settlement amount is not impacted by that restitution amount.  The

                                                    1

1  undersigned explained that if plaintiff owed less than $300.00, defendant could not object to the

2  settlement terms; similarly, if plaintiff owed more than $300.00, plaintiff could not object.  Thus,

3  whether the restitution amount turned out to be less or more, it would not be a basis to seek to set

4  aside the settlement.  Plaintiff was informed that prison officials were entitled to apply 100% of

5  his settlement funds to his restitution order.

6         Accordingly, IT IS HEREBY ORDERED that plaintiff's request for settlement payment

7  (ECF No. 83) is denied as moot.

8  Dated:  January 20, 2016

9

10                                           _____

        ilsu2070.set.exp                     KENDALL J. NEWMAN
11                                           UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2